UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
BUILDING SERVICE 32BJ PENSION FUND,

                              Plaintiff,

    v.                                                       Notice of Dismissal

THE GUARDIAN LIFE INSURANCE COMPANY          Docket No. 20-cv-3385
OF AMERICA,                                                             (JGK)

                            Defendant,
-------------------------------------------------------------------------------X

PLEASE TAKE NOTICE that Building Service 32BJ Pension Fund, by its attorneys, Raab, Sturm & Ganchrow, LLP., dismisses the above captioned matter without prejudice, pursuant to FRCP 41(a)(1)(A)(1).


Dated: Fort Lee, New Jersey
         May 14, 2020

                                                 Raab, Sturm & Ganchrow, LLP

                                                 By: s/   Ira A. Sturm
                                                      Ira A. Sturm (IS 2042)
                                                 Attorneys for Plaintiff
                                                 2125 Center Avenue, Suite 100
                                                 Fort Lee, New Jersey 07024
                                                 201-292-1050
                                                 isturm@rsgllp.com